Michael Lewis #107555
Name

E.D.C.F.   P.O. Box 311

El Dorado, Ks 67042
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Michael Lewis, Plaintiff
(Full Name)

V.

(F.N.U.) Smith, Defendant(s)
Jennell
~~Jessica~~ L. Buchanan

CASE NO. 24-3050-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Michael Lewis #107555 (Plaintiff), is a citizen of Kansas (State) who presently resides at E.D.C.F. P.O. Box 311 El Dorado, Ks 67042 (Mailing address or place of confinement.)

2) Defendant (F.N.U.) Smith (Name of first defendant) is a citizen of El Dorado, Kansas (City, State) in His Individual Capacity, and is employed as COI (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒  No ☐. If your answer is "Yes", briefly explain:

COI Smith was on duty during claim and Employed by K.D.O.C. & El Dorado Correctional Facility

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant __Jennell L. Buchanan__ is a citizen of
   __In Her Individual Capacity__ (Name of second defendant)

   __El Dorado, Kansas__, and is employed as
   (City, state)

   __Unit Team Manager__. At the time the
   (Position and title) if any)

   claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   Jennell L. Buchanan was on duty around time of complaint and is employed by K.D.O.C.'s ElDorado Correctional Facility.

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

   On approximately August 6th 2023 while I was in the Shower in R.H.U. I requested Toenail Clippers (to upkeep my Sanitation and attempt to fix my ingrown toenail/medical condition) from CoI Smith I reported this to UTM Buchanan on a Form-9 and this issue went upon information and belief uncorrected Since to date I have a Ingrown toenail (the same mentioned herein) due to being denied a basic Hygiene tool to fix a medical issue.

2

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Eighth Amendment: Cruel and Unusual Punishment Supported by Estelle v. Gamble, Ogden v. Atterholt, Mayoral v. Sheahan, and Townsend v. Fuchs

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

COI Smith was the C.O. running showers where I was housed (ACH-R.H.U.) and during showers inmates are supposed to be allowed (1) Razor and Soap and upon request (1) Toenail clippers. COI Smith denied me toenail clippers and ignored my repeated requests on August 6th 2023 in A-2 cell #213 (See attached for UTM Buchanans involvement).

B) (1) Count II: _____

_____

(2) Supporting Facts: _____

_____

_____

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: Michael Lewis #107555

        Defendants: Tammy Williams (warden), Jennell L. Buchanan (UTM)

    b) Name of court and docket number U.S. District Court District of Kansas (Topeka) ~~Nosocketed~~ Case No.: 5:24-CV-03045-JWL

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) pending

    d) Issues raised Eighth Amendment Violation(s)

e) Approximate date of filing lawsuit  03/27/2024

f) Approximate date of disposition  N/A

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

i Exauhsted my Admimistrative remedies without a successful relief obtained.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$30,000, for violation of my rights and pain with suffering and the Courts Enforce EDCF to provide R.H.U. inmates with Toenail Clippers during Showers or allow R.H.U. inmates to order and keep Toenail Clippers in their Cells at all times.

_____     _____
Signature of Attorney (if any)        Signature of Plaintiff

(Attorney's full address and telephone number)