IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL LEWIS,

      **Plaintiff,**

      v.                                       CASE NO. 24-3050-JWL

(FNU) SMITH, et al.,

      **Defendants.**

## MEMORANDUM AND ORDER

    Plaintiff Michael Lewis, a state prisoner currently incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas, brought this pro se civil rights action under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed in forma pauperis. On April 11, 2024, the Court issued a memorandum and order to show cause explaining that this matter is subject to dismissal because the complaint failed to state a plausible claim for relief. (Doc. 5.) The Court granted Plaintiff to and including May 13, 2024 to show cause why this matter should not be dismissed and warned Plaintiff that the "[f]ailure to respond by the Court's deadline may result in dismissal of this action without further notice for failure to state a claim." *Id.* at 8.

    As of the date of this order, the Court has not received anything further from Plaintiff. Thus, the Court concludes that this action should be dismissed without prejudice for failure to state a plausible claim on which relief can be granted, for the reasons set forth in the Court's previous memorandum and order to show cause.

    **IT IS THEREFORE ORDERED BY THE COURT** that this action is **dismissed without prejudice** for failure to state a claim on which relief can be granted.

    **IT IS SO ORDERED**.

    Dated May 17, 2024, in Kansas City, Kansas.

                                                         S/ John W. Lungstrum
                                                         JOHN W. LUNGSTRUM
                                                         UNITED STATES DISTRICT JUDGE